UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-cr-00344(10)** |
| **VERSUS** | * | **JUDGE FOOTE** |
| **LYDIA GAUTHREAUX(10)** | * | **MAG. JUDGE HANNA** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, along with any objections filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, LYDIA GAUTHREAUX, and adjudges her guilty of the offense charged in Count Two of the Superseding Indictment against her.

IT IS FURTHER ORDERED that this matter will be set for sentencing, at the court's earliest, available setting.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __ day of January, 2014.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE